1

2

3

4    **UNITED STATES DISTRICT COURT**

5    **DISTRICT OF NEVADA**

6    \* \* \*

7    STATE FARM MUTUAL )
     AUTOMOBILE INSURANCE )
8    COMPANY, )
                                                    2:09-CV-01997-PMP-RJJ
9              Plaintiff, )

10   vs. )
                                                    **ORDER**
11   DIANE DELAROSA, et al., )

12            Defendant. )

13   _____ )

14            Having read and considered Plaintiff State Farm Mutual Automobile

15   Insurance Company's fully-briefed Motion for Summary Judgment on Declaratory

16   Judgment (Doc. #20), and having further considered the arguments of counsel

17   presented at the hearing conducted December 6, 2010, and finding on the record

18   before the Court that Defendant Delarosa's misstatements concerning the

19   automobile accident in question are not sufficient to enable the Court as a matter of

20   law to find that Plaintiff's investigation of the accident was materially hampered,

21   and good causing appearing,

22            **IT IS ORDERED** that Plaintiff's Motion for Summary Judgment on

23   Declaratory Judgment (Doc. #20) is DENIED.

24   DATED: December 6, 2010.

25

26
                                          _____
                                          PHILIP M. PRO
                                          United States District Judge