MATTHEW J. DOUGLAS
Nevada Bar No. 11371
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059

Attorneys for Plaintiff
State Farm Mutual Automobile Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>DIANE DELAROSA; DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>And<br><br>RESPONSE WORLDWIDE INSURANCE,<br><br>Intervenor. | Case No.: 2:09-CV-01997-PMP-RJJ<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED by and between Matthew J. Douglas, attorney for the Plaintiff, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and Ralph Porter, attorney for Intervenor, RESPONSE WORLDWIDE INSURANCE, that in lieu of filing a response to the Order to Show Cause, pursuant to F.R.C.P. 41(a)(1)(A)(ii), the Plaintiff's Complaint be dismissed without prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter and, further, that no trial date has been set.

///

244192

1

2  / / /

3  DATED this 30th day of March, 2010.

4  ATKIN WINNER & SHERROD                  PORTER & TERRY, LLC

5  /s/ Matthew J. Douglas                          /s/ Ralph Porter

6  Matthew J. Douglas                                Ralph Porter
   Nevada Bar No. 11371                            Nevada Bar No. 4130____
7  1117 South Rancho Drive                        525 S. Ninth Street
   Las Vegas, Nevada 89102                        Las Vegas, NV 89101
8  Attorneys for Plaintiff                              Attorneys for Intervenor

9
   *Case No.:* 2:09-CV-01997-PMP-RJJ
10 *Stipulation and Order to Dismiss*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATKIN WINNER & SHERROD
ATTORNEYS AT LAW
1117 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89102
PHONE (702) 243-7000 FACSIMILE (702) 243-7059

244192

ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed without prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii), and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter and that no trial date has been set.

DATED this _ 30th day of March, 2011.

*[signature]*
_____
DISTRICT JUDGE

Submitted by:

ATKIN WINNER & SHERROD, LTD.


/s/ Matthew J. Douglas
_____
Matthew J. Douglas
Nevada Bar No. 11371
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Plaintiff

ATKIN WINNER & SHERROD
ATTORNEYS AT LAW
1117 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89102
PHONE (702) 243-7000 FACSIMILE (702) 243-7059

244192